

FILED
OCT 10 2018
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:18-CR-65 |
| | § | Judge RWS-JDL |
| CHAD PARMER | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearm)

In or about August of 2018, the exact dates being unknown to the Grand Jury, in the Eastern District of Texas, **Chad Parmer**, defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically: Conspiracy to Possess with Intent to Distribute a Mixture or Substance Containing Methamphetamine, on March 22, 2016, in the Eastern District of Texas, in Cause Number 6:14-CR-00058, did knowingly possess in and affecting interstate commerce, the following firearms:

1. Springfield, XDS, 9mm semiautomatic pistol;
2. Winchester, 1300, 12 gauge shotgun;
3. Remington, 870, 20 gauge shotgun;
4. Marlin, 25N, .22 caliber rifle;
5. Ruger, Mini-14, .223 caliber rifle;
6. Rossi, 92, .357 caliber rifle;
7. Ruger, Blackhawk, .357 caliber revolver;
8. Remington, 870, 12 gauge shotgun;

9. Springfield Armory, M1, .30 caliber rifle.

The firearms had been shipped and transported in interstate commerce.

In violation of 18 U.S.C § 922(g)(1).

## Count Two

Violation: 18 U.S.C. § 922(j)
(Possession of Stolen Firearms)

On or about August 2, 2018, in the Eastern District of Texas, **Chad Parmer**, the defendant knowingly possessed stolen firearms. The stolen firearms were:

1. Springfield, XDS, 9mm semiautomatic pistol;
2. Winchester, 1300, 12 gauge shotgun;
3. Remington, 870, 20 gauge shotgun;
4. Marlin, 25N, .22 caliber rifle;
5. Ruger, Mini-14, .223 caliber rifle.

which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearms were stolen.

In violation of Title 18, U.S.C. §§ 922(j) and 924(a)(2).

A TRUE BILL

10-10-18
Date

_____
FOREPERSON OF THE GRAND JURY

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
COLLEEN BLOSS
ASSISTANT U.S. ATTORNEY

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:18-CR-_____ |
| | § | Judge _____ |
| CHAD PARMER | § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 922(g)(1) (Felon in Possession of Firearm)

Penalty:   Imprisonment of not more than ten years; a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $ 100.00

### Count Two

Violation:   18 U.S.C. § 922(j) (Possession of Stolen Firearms)

Penalty:   Imprisonment of not more than ten years; a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $ 100.00

Notice of Penalty - Page 1